STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Richard Dale Moreno
Robinson & Moreno
1800 Ryan St., Suite 107
Lake Charles LA 70601

**REHEARING ACTION: April 10, 2013**

**Docket Number: 12   01028-CA**

**MARY P. OGEA
VERSUS
TRAVIS MERRITT, ET AL.**

**Appealed from Calcasieu Parish Case No. 2008-2321**

**BEFORE JUDGES:**

> Hon. Elizabeth A. Pickett
> Hon. James T. Genovese
> Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Travis Merritt** and **Merritt Construction, LLC** has this day been

> **DENIED.**

cc: Benji J. Istre, Counsel for the Appellee